UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM HOSKIN
*individually and on behalf of all others similarly situated*,

               Plaintiff,

   v.

PEPSICO, INC.,

              Defendant.

No. 23-CV-6413 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    At the Conference held before the Court on November 2, 2023, the Court adopted the following briefing schedule:

    Defendant shall file its Motion to Dismiss by no later than January 8, 2024.  Plaintiff shall file a response by no later than February 7, 2024.  Defendant shall file a reply by no later than February 21, 2024.

    Additionally, the Parties are to submit a proposed Case Management and Scheduling Order by no later than November 17, 2023.

SO ORDERED.

Dated:   November 2, 2023
          White Plains, New York

                                        KENNETH M. KARAS
                                        United States District Judge